25626. MACK *v.* THE STATE.

MacINTYRE, J. While the circumstantial evidence in this case casts a grave suspicion upon the defendant, it does not show his guilt, to the exclusion of every reasonable hypothesis, of violating the lottery law.
*Judgment reversed. Guerry, J., concurs. Broyles, C. J., dissents.*
DECIDED OCTOBER 15, 1936.

*J. O. Ewing, C. G. Battle,* for plaintiff in error.
*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.